**IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS NORTHERN (BATESVILLE)
DIVISION**

**STEVEN F. HAMILTON**                                                                              **PLAINTIFF**

v.                                    CASE No.  1:11CV30 JMM

**GARNER R. DEARMON, individually, and in his
official capacity as the Chief of Police for the City  of
Greers Ferry, Arkansas; WILLIAM E. WALKER,
individually, and in his official capacity as a Greers
Ferry, Arkansas Police Officer; and THE CITY OF
GREERS
FERRY, ARKANSAS**                                                                              **DEFENDANTS**

## PROTECTIVE ORDER

Plaintiff has requested discovery of the personnel files of Defendants Garner R. Dearmon and William E. Walker, as well as several hundred  pages of daily call logs of the Greers Ferry Police Department.

In order to permit Plaintiff adequate access to the records necessary to completely present his case herein, and, at the same protect the personal privacy of  the Defendants and the City of Greers Ferry, Arkansas, it is hereby ordered:

1.  Defendants have obtained and agreed to produce for Plaintiff's counsel copies of the personnel files and daily call logs, pursuant to the Fed.R.Civ.P.;

2.  Said documents shall be considered confidential;

3.  All confidential records or other information provided hereunder shall be used for the purpose of this litigation and none of the confidential material may be used for any other purpose whatsoever.  Moreover, neither Plaintiff nor his counsel may utilize directly or  indirectly the confidential records, documents, or other information made available pursuant to this Order in

any other administrative complaint, proceeding, or civil action;

    4. All confidential records, documents, tapes, or other information provided hereunder shall be retained in the custody of the Plaintiff's counsel including his paralegal, secretarial staff, and/or other staff members, during the pendency of this litigation.  Plaintiff's counsel may also provide copies of such confidential records, documents or other information to any expert witness[es] retained by the Plaintiff or persons frequently employed  by such expert[s] whose review of the material is necessary for the Plaintiff's prosecution in this litigation;

    5. Plaintiff, Plaintiff's counsel and his staff and the retained expert witness/witnesses shall not in any manner,  directly or indirectly, transfer confidential records, documents or other information provided hereunder or copies thereof,  or communicate, orally or in writing, any of the data contained in said material to any person;

    6. Plaintiff's counsel, promptly upon completion  of this litigation, or before if at such time he has no further use of the confidential information, whichever shall first occur, shall return to the  Defendant all copies and extracts of data from such material and;

    7. This Order is without prejudice to the rights  of any party to make clear objection to the discovery permitted by the Federal Rules of Civil Procedure, or by any statute or other authority.

    IT IS ORDERED THIS   24th DAY OF October, 2011.

_____
The Honorable James M. Moody