IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN (BATESVILLE) DIVISION

STEVEN F. HAMILTON                                                                      PLAINTIFF

VS.                                     No. 1:11-cv-00030 KGB

GARNER R. DEARMAN (dismissed), individually, and in
his official capacity as the Chief of Police in and
for the City of Greers Ferry, Arkansas;
WILLIAM E. WALKER (dismissed), individually, and in his
official capacity as a police officer in and for the
City of Greers Ferry, Arkansas; MARTY MOSS,
individually, and in his official capacity as the
Sheriff of Cleburne County, Arkansas; and,
MIKE STORY, individually, and the CITY OF
GREERS FERRY, ARKANSAS                                                        DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

By Order dated October 1, 2012 (Doc. 46), the Court dismissed with prejudice Plaintiff's claims against Separate Defendants Garner R. Dearman, William E. Walker, and the City of Greers Ferry, Arkansas. Plaintiff having advised the Court of an out-of-court settlement with all remaining defendants, i.e. Separate Defendants Marty Moss and Mike Story, there being good cause shown and no objection from defendant's counsel, Plaintiff's claims against Separate Defendants Marty Moss and Mike Story, in both their individual and official capacities, and this entire action are hereby dismissed with prejudice.

SO ORDERED this 23 day of January, 2013.

Kristine G. Baker
United States District Court